**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANNEL DEVELOPMENT, INC., | Case No. 2:21-cv-08819-MCS-SK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| QBE SPECIALTY INSURANCE COMPANY; DOES 1–25 | |
| Defendants. | |

Pursuant to the Court's Order Granting Motion for Sanctions and Denying as Moot Motion for Summary Judgment and Motion to Exclude, it is ordered, adjudged, and decreed that this case is dismissed with prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: December 15, 2022

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE